IN THE SUPREME COURT OF THE STATE OF KANSAS

No. 110,241

In the Matter of PANTALEON FLOREZ JR.,
*Respondent.*

ORDER OF DISCHARGE FROM PROBATION

On January 24, 2014, the court ordered Pantaleon Florez Jr. suspended from the practice of law in the state of Kansas, in accordance with Supreme Court Rule 203(a)(2) and (5) (2013 Kan. Ct. R. Annot. at 300), for a six-month period. The court then stayed imposition of that discipline and placed Florez on probation for a five-year period, subject to specified terms and conditions. See *In re Florez*, 298 Kan. 811, 316 P.3d 755 (2014).

On August 3, 2022, Florez filed an amended motion to be discharged from probation along with a supporting affidavit in compliance with Supreme Court Rule 227(g)(1) (2022 Kan. S. Ct. R. at 284). That same day, the Office of the Disciplinary Administrator responded that Florez has fully complied with the conditions of his probation, confirmed his eligibility for discharge from probation, and voiced no objection to such discharge.

The court, having reviewed the amended motion, the supporting affidavit, and the response grants Florez' amended motion for discharge from probation. The court denies as moot Florez' original motion to be discharged.

1

The court orders Florez fully discharged from probation and closes this disciplinary proceeding.

The court orders the publication of this order in the Kansas Reports and assesses any remaining costs of this proceeding to Florez.

Dated this 30th day of August 2022.

LUCKERT, C.J., not participating.